# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| HENRY PAUL INOCENCIO, | * | **E-Filed 12/20/2010** |
| Petitioner, | * | |
| v. | * | Case No. 10-cv-2334 |
| ANTHONY HEDGPETH, Warden, | * | |
| Respondent. | * | |

## MOTION AND STIPULATION FOR EXTENSION OF HEARING DATE

COMES NOW, Petitioner herein, by and through undersigned counsel of record and hereby moves to alter the date of hearing currently scheduled for January 14, 2011 and to re-set the matter for Friday, March 18, 2011.

Undersigned Counsel for Petitioner has several conflicts with the January 14, 2011 date. Counsel has conferred with Deputy Attorney General Allan Yannow on this matter. Both parties have reviewed available dates in concert with the Courts regular scheduling. Attorney General Yannow advises he has no objections, agrees to the extension and agrees to the selected date for rescheduling.

It is therefore stipulated by the parties that the hearing in this matter be reset from January 14, 2011 to March 18, 2011 at 9:00 a.m.

WHEREFORE, in light of the foregoing, the parties ask the Court to accept the stipulation and reset the hearing, if necessary from January 14, 2011 to March 18, 2011.

Respectfully submitted,

/s/ Robert A. Ratliff
Pro Hac Vice Appearance
Robert A. Ratliff, Esq.
Attorney for the Petitioner
713 Dauphin Street
Mobile, Alabama 36602
(251) 438-2250 (voice)
(251) 438-6180 (facsimile)
rar@ratlifflegalgroup.com

I agree with the above Motion and Stipulation:

Allan Yannow
Office of the California Attorney General
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Allan.Yannow@doj.ca.gov

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Motion to Reschedule appended hereto has been sent to the Clerk of Court by the Court's electronic filing system this 13 day of December, 2010:

/s/ Robert A. Ratliff
Pro Hac Vice Appearance
Robert A. Ratliff, Esq.
Attorney for the Petitioner
713 Dauphin Street
Mobile, Alabama 36602
(251) 438-2250 (voice)
(251) 438-6180 (facsimile)
rar@ratlifflegalgroup.com

/s/ Allan Yannow
Allan Yannow
Office of the California Attorney General
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Allan.Yannow@doj.ca.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HENRY PAUL INOCENCIO, | * |
| Petitioner, | * |
| v. | * Case No. 10-cv-2334 |
| ANTHONY HEDGPETH, Warden, | * |
| Respondent. | * |

## ORDER

Based on the stipulation of the parties and for good cause shown, the Court hereby cancels the currently scheduled evidentiary hearing on January 14, 2011 and hereby orders this matter reset for March 18, 2011, at 9:00 a.m.

Dated: 12/20/2010

_____
JEREMY FOGEL
United States District Judge

4