**United States District Court**
For the Northern District of California

1

2

3

4

5

6                             UNITED STATES DISTRICT COURT

7                             NORTHERN DISTRICT OF CALIFORNIA

8

9

10    HENRY PAUL INOCENCIO,

11              Petitioner,                              No. C 10-2334 PJH

12         v.                                            **ORDER FOR BRIEFING RE**
                                                         **TIMELINESS OF PETITION**
13    ANTHONY HEDGPATH, Warden,

14              Respondent.
      _____/

15

16         Petitioner Henry Paul Inocencio ("Inocencio"), a California prisoner, filed a federal

17    habeas petition on May 27, 2010.  On November 8, 2010, the state filed a motion to

18    dismiss Inocencio's petition as mixed, containing both exhausted and unexhausted claims.

19    Inocencio filed an opposition, the state filed a reply, and the motion was fully briefed on

20    December 6, 2010.  On September 27, 2011, the case was reassigned from the Honorable

21    Jeremy Fogel to the undersigned judge, and on September 29, 2011, the court denied the

22    state's motion to dismiss and set a briefing schedule on the petition.

23         On November 9, 2011, the state filed its answer.  Inocencio's traverse was due

24    December 9, 2011, but he failed to file one.

25         Having reviewed the state's answer, the court notes that the state now moves to

26    dismiss Inocencio's petition on timeliness grounds as well, grounds that were not included

27    in the state's prior motion to dismiss.  The court finds it necessary to adjudicate the

28    timeliness issue prior to addressing the merits of Inocencio's petition, and thus a response

from Inocencio is warranted.  Accordingly, Inocencio is ORDERED to file a response to the

state's request to dismiss the petition as untimely **no later than Friday, April 27, 2012.**

The state may file a reply **no later than Friday, May 11, 2012.**

 **IT IS SO ORDERED.**

Dated: April 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2